**CITY OF MIAMI v. FRANCIS F. HAMILTON,** doing business as the **MIAMI MIRAMAR HOTEL,** et al.

32 So. (2nd) 742          June Term, 1947
November 21, 1947          En Banc
Rehearing denied December 15, 1947

*James W. Watson, Jr., Franklin Parson, Keen & O'Kelley, J. Velma Keen* and *Chas. H. Spitz,* for appellant.

*Loftin, Anderson, Scott, McCarthy & Preston, Robert H. Anderson* and *Tyrus A. Norwood,* for appellees.

PER CURIAM:

Affirmed on authority of City of Miami v. Kayfetz, 758 Fla. 158, 30 So. (2nd) 521.

So ordered.

THOMAS, C. J., TERRELL, BUFORD, ADAMS, SEBRING and BARNS, JJ., concur.

CHAPMAN, J., dissents.